1  **Tim A. Pori (SBN 189270)**
   **John F. Baumgardner (SBN 275674)**
2  LAW OFFICES OF TIM A. PORI
   521 Georgia Street
3  Vallejo, CA   94590
   Tel: (707) 644-4004
4  Fax: (707) 644-7528

5
   Attorney for Defendant STEPHEN TANABE
6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11

   UNITED STATES OF AMERICA,           )        No. CR-11-0941 SBA
12                                       )
              Plaintiff,                 )        **STIPULATION AND**
13                                       )        **ORDER**
                                         )        **FOR RELEASE OF**
14       v.                              )        **$10,000.00 POSTED FOR**
                                         )        **APPEARANCE BOND**
15   STEPHEN TANABE,                     )
                                         )
16            Defendant.                 )
   _____)
17

18       The parties hereby stipulate that the Clerk of the Court reconvey the $10,000.00

19   cashier's check that Richard T. Tanabe Jr., Defendant Tanabe's father, conveyed to the District

20   Court to secure the appearance bond in this case.

21       Richard T. Tanabe Jr., Defendant Tanabe's father,  conveyed the $10,000.00 cashier's

22   check  to the District Court to secure the appearance bond in this case.  That Richard T. Tanabe

23   Jr., Defendant Tanabe's father, subsequently then conveyed his property located at 1872 Green

24   Valley Road, Alamo, CA 94507, to the District Court to secure the appearance bond in this case.

25   Due to the fact that Richard T. Tanabe has conveyed his real property to secure Defendant

26   Tanabe's appearance, the $10,000.00 cashier's check conveyed by Richard T. Tanabe Jr. is no

27   longer required to secure the appearance bond in this case.

28   *U.S. v. Tanabe,* USDC No. CR-11-0941 SBA

1    Therefore, the parties have stipulated that the Clerk of the Court reconvey the

2  $10,000.00 cashier's check that Richard T. Tanabe Jr., Defendant Tanabe's father, conveyed to

3  the District Court to secure the appearance bond in this case.

4

5                                              Respectfully submitted,

6

7  Date: February 16, 2012                     /s/ Tim A. Pori
                                               TIM A. PORI
8                                              Attorney for Defendant TANABE

9

10  Date: February 16, 2012                    /s/ Hartley West (Authorized on 1/26/12)
                                               HARTLEY WEST
11                                             Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  *U.S. v. Tanabe,* USDC No. CR-11-0941 SBA

1

**ORDER**

2        IT IS HEREBY ORDERED that the Clerk of the Court reconvey the above-described

3   $10,000.00 to Richard T. Tanabe Jr.

4   Dated:_2/21/12

5                                        _____
                                         DISTRICT JUDGE OF THE UNITED
6                                        STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   *U.S. v. Tanabe,* USDC No. CR-11-0941 SBA