1 | **Tim A. Pori (SBN 189270)**
**John F. Baumgardner (SBN 275674)**
2 | LAW OFFICES OF TIM A. PORI
521 Georgia Street
3 | Vallejo, CA  94590
Tel: (707) 644-4004
4 | Fax: (707) 644-7528

Attorney for Defendant STEPHEN TANABE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-11-0941 SBA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **FOR RELEASE OF** |
| v. | ) | **$10,000.00 POSTED FOR** |
| | ) | **APPEARANCE BOND** |
| STEPHEN TANABE, | ) | |
| Defendant. | ) | |

The parties hereby stipulate that the Clerk of the Court reconvey the $10,000.00 cashier's check that Richard T. Tanabe Jr., Defendant Tanabe's father, conveyed to the District Court to secure the appearance bond in this case.

Richard T. Tanabe Jr., Defendant Tanabe's father, conveyed the $10,000.00 cashier's check to the District Court to secure the appearance bond in this case. That Richard T. Tanabe Jr., Defendant Tanabe's father, subsequently then conveyed his property located at 1872 Green Valley Road, Alamo, CA 94507, to the District Court to secure the appearance bond in this case. Due to the fact that Richard T. Tanabe has conveyed his real property to secure Defendant Tanabe's appearance, the $10,000.00 cashier's check conveyed by Richard T. Tanabe Jr. is no longer required to secure the appearance bond in this case.

*U.S. v. Tanabe,* USDC No. CR-11-0941 SBA

1     Therefore, the parties have stipulated that the Clerk of the Court reconvey the
2 $10,000.00 cashier's check that Richard T. Tanabe Jr., Defendant Tanabe's father, conveyed to
3 the District Court to secure the appearance bond in this case.

4
5                                                            Respectfully submitted,
6
7 Date: February 16, 2012                     /s/ Tim A. Pori
                                                            TIM A. PORI
8                                                              Attorney for Defendant TANABE
9
10 Date: February 16, 2012                   /s/ Hartley West (Authorized on 1/26/12)
                                                             HARTLEY WEST
11                                                              Assistant U.S. Attorney

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 *U.S. v. Tanabe,* USDC No. CR-11-0941 SBA

**ORDER**

IT IS HEREBY ORDERED that the Clerk of the Court reconvey the above-described $10,000.00 to Richard T. Tanabe Jr.

Dated:_2/21/12

_____
DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT

*U.S. v. Tanabe,* USDC No. CR-11-0941 SBA