1 | **Tim A. Pori (SBN 189270)**
**John F. Baumgardner (SBN 275674)**
2 | LAW OFFICES OF TIM A. PORI
877 Bryant Street, Suite 210
3 | San Francisco, CA 94103
Telephone: (415) 495-4800
4 | Facsimile: (415) 552-2163

5 | Attorneys for Defendant STEPHEN TANABE

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, ) | No. CR 11-0941 SBA |
| Plaintiff, ) | STIPULATION TO RESCHEDULE |
| ) | ARRAIGNMENT DATE AND TO |
| v. ) | EXCLUDE TIME;  ORDER |
| ) | |
| STEPHEN TANABE ) | |
| ) | OAKLAND VENUE |
| Defendant. ) | |

The defendant, STEPHEN TANABE, represented by Tim A. Pori, and the government, represented by Hartley M.K. West, Assistant United States Attorney, previously stipulated to exclude time from May 2 through May 18, 2012, and the Court ordered that time would be excluded for effective preparation of defense counsel, who is now in trial on a homicide case. Due to an unforeseen illness in the presiding judge's family, the abovementioned homicide trial has been further delayed.  Because defense counsel is still in trial in that matter, the earliest date available for arraignment on the Superseding Indictment is May 25, 2012.  The parties stipulate and request that the appearance currently set for May 18, 2012 at 9:30 a.m.  for arraignment and status before U.S. Magistrate Judge Donna M. Ryu be rescheduled to May 25, 2012 at 9:30 a.m.

The parties further stipulate and request that the time between May 18, 2012, and May

STIPULATION & ORDER EXCLUDING TIME
CR 11-0941 SBA                                                                                                                1

1  25, 2012, should be excluded under the Speedy Trial Act for continuity of defense counsel
2  because defense counsel is in trial in another matter and therefore unavailable.

4  SO STIPULATED.

6  Dated: May 15, 2012                           /s/ Tim A. Pori
                                                 TIM A. PORI
7                                                Attorney for Defendant TANABE

9  Dated: May 15, 2012                           /s/ Hartley M.K. West (authorized 5/15/12)
                                                 HARTLEY M.K. WEST
10                                               Assistant United States Attorney

ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between May 18, 2012, and May 25, 2012, would unreasonably deny the defendant continuity of counsel.  18. U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between May 18, 2012, and May 25, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the appearance currently set for May 18, 2012 at 9:30 a.m. for arraignment and status before U.S. Magistrate Judge Donna M. Ryu be rescheduled to May 25, 2012 at 9:30 a.m., and that the time between May 18, 2012, and May 25, 2012, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7) and (B)(iv).

DATED: 5/17/12

HON. DONNA M. RYU
United States Magistrate Judge

CR 11-0941 SBA                                                                                           3