1  **Tim A. Pori (SBN 189270)**
    LAW OFFICES OF TIM A. PORI
2   877 Bryant Street, Suite 210
    San Francisco, CA 94103
3   Telephone (415) 495-4800
    Facsimile  (415) 552-2163
4
    Attorney for Defendant
5   STEPHEN TANABE

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,       )    No.  CR11-0941 SBA
                                    )
11              Plaintiff,          )
                                    )    **STIPULATION AND ORDER RE**
12       v.                         )    **PROPOSED TRAVEL**
                                    )
13  STEPHEN TANABE                  )
                                    )    JUDGE: Hon. Saundra B. Armstrong
14              Defendant.          )
    _____)
15

16

17       The United States of America, through Assistant U.S. Attorney Hartley M. K. West, and defendant

18  STEPHEN TANABE, through his counsel Tim A. Pori, hereby stipulate to further amend Mr. Tanabe's

19  travel restrictions to include travel to the Eastern District of California to meet and confer with counsel,

20  counsel's staff, and counsel's investigator Eugene Borghello regarding Mr. Tanabe's case.  The Court

21  previously ordered a modification to Mr. Tanabe's travel restrictions to include travel to the Eastern

22  District of California since Mr. Tanabe shares custody of a child with an ex-wife, Leesa Steacker, and

23  sometimes needs to drive the child to Ms. Steacker's home in El Dorado Hills, California.  The instant

24  modification to allow Mr. Tanabe to travel to the Eastern District to meet and confer with his legal team at

25  their offices in Solano County would mitigate the logistical difficulties and additional expenses on Mr.

26  Tanabe involved with having members of his legal team travel into the Northern District to meet and

27  confer with him.

28       This modification of travel restrictions to include the Eastern District of California for the

Stipulation & Order/Stephen Tanabe

purposes of meeting and conferring with counsel and counsel's staff at his Vallejo office and counsel's investigator at his Fairfield office have been agreed to by Mr. Tanabe's supervising pretrial services officer, Rich Sarlatte.  All other pretrial release conditions shall remain in effect.

Dated: June 18, 2012                                Respectfully submitted,

                    LAW OFFICES OF TIM A. PORI

                    /s/ Tim A. Pori
                    TIM A. PORI
                    Attorney for Defendant
                    STEPHEN TANABE


Dated: June 18, 2012                                HARTLEY WEST
                    United States Attorney

                    /s/ Tim A. Pori for Hartley West
                    HARTLEY WEST
                    Assistant U.S. Attorney


# **O R D E R**

   Based on the parties' stipulation, the pretrial service officer's agreement, and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety.

**IT IS SO ORDERED.**


Dated: 6/20/12                                      _____
                    Honorable Saundra B. Armstrong
                    United States District Judge