1 **Tim A. Pori (SBN 189270)**
**John F. Baumgardner (SBN 275674)**
2 LAW OFFICES OF TIM A. PORI
877 Bryant Street, Suite 210
3 San Francisco, CA 94103
Telephone: (415) 495-4800
4 Facsimile: (415) 552-2163

5 Attorney for Defendant STEPHEN TANABE

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 OAKLAND DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, ) | No. CR 11-0941 SBA |
| ) | |
| Plaintiff, ) | STIPULATION TO RESCHEDULE |
| ) | MOTION TO DISMISS AND TO |
| v. ) | EXCLUDE TIME; ORDER |
| ) | |
| STEPHEN TANABE ) | |
| ) | OAKLAND VENUE |
| Defendant. ) | |
| _____/ | |

Defendant Stephen Tanabe, represented by Tim A. Pori, and the government, represented by Assistant United States Attorney Hartley M. K. West, hereby stipulate and request to reschedule the hearing on defendant's Motion to Dismiss from 11:00 a.m. on October 16, 2012, to 11:00 a.m. on November 20, 2012, and to exclude time.

The Court originally scheduled a hearing on defendant's Motion to Dismiss for August 21, 2012. On August 6, the Court issued a Clerk's Notice continuing the hearing to September 11, 2012. Because defense counsel was unavailable on September 11, the parties filed a stipulated request to reschedule the hearing for September 7, 2012. The Court ordered the hearing moved to September 25, 2012. On September 21, the Court issued a Clerk's Notice again continuing the hearing to October 16, 2012. Defense counsel will be out of the country on

STIP. TO RESCHEDULE MTN. TO DISMISS
& TO EXCLUDE TIME; [PROPOSED] ORDER

1  October 16 due to a pre-planned, pre-paid vacation. The earliest date defense counsel is
2  available for a hearing on the Motion to Dismiss the Superseding Indictment is November 7,
3  2012; November 15, 2012 and November 20, 2012 are also available.
4      The parties further stipulate and request that the time between October 2, 2012 and
5  November 20, 2012, be excluded under the Speedy Trial Act due to the pending pretrial motion
6  and for continuity of defense counsel, pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(7)(B)(iv).
7  The parties agree that such an exclusion of time serves the ends of justice, and that these ends
8  outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C.
9  § 3161(h)(7)(A).

11  SO STIPULATED.

13  Dated: October 10, 2012      /s/ Tim A. Pori
    TIM A. PORI
14      Attorney for Defendant TANABE

16  Dated: October 10, 2012      /s/ Hartley M.K. West
    HARTLEY M. K. WEST
17      Assistant United States Attorney

20  <u>ORDER</u>
21      IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Dismiss currently
22  set for 11:00 a.m. on October 16, 2012, is rescheduled to November 20, 2012.
23      Based upon the representation of counsel and for good cause shown, the Court finds that
24  failing to exclude the time between October 16, 2012 and November 20, 2012, would
25  unreasonably deny the defendant continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The
26  Court further finds that the ends of justice served by excluding the time between October 16,
27  2012, and November 20, 2012, from computation under the Speedy Trial Act outweigh the best
28  STIP. TO RESCHEDULE MTN. TO DISMISS
&amp; TO EXCLUDE TIME; [PROPOSED] ORDER

1  interests of the public and the defendant in a speedy trial. Additionally, the Court notes that time
2  continues to be excluded due to the pending Motion to Dismiss. 18 U.S.C. § 3161(h)(1)(D).
3      IT IS THEREFORE ORDERED that the time between October 16, 2012, and November
4  20, 2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C.
5  § 3161(h)(1)(D) and (h)(7)(B)(iv).

8  DATED:_10/11/12                    _Saundra B Armstrong_____
                                      HON. SAUNDRA B ARMSTRONG
9                                     United States District Judge

28 STIP. TO RESCHEDULE MTN. TO DISMISS
   & TO EXCLUDE TIME; [PROPOSED] ORDER
                        3