**Tim A. Pori (SBN 189270)**
**John F. Baumgardner (SBN 275674)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, California 94590
Telephone (707)644-4004
Facsimile (707) 644-7528


Attorney for Defendant
STEPHEN TANABE


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHEN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR11-00941 SBA |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER RE** |
| | ) | **PROPOSED TRAVEL** |
| v. | ) | |
| | ) | |
| STEPHEN TANABE | ) | |
| | ) | JUDGE: Hon. Saundra B. |
| Defendant. | ) |       Armstrong |
| _____ | ) | |
| | ) | |

The United States of America, through Assistant U.S. Attorney
Hartley M. K. West, and defendant STEPHEN TANABE, through his counsel
Tim A. Pori, hereby stipulate that Mr. Tanabe be permitted to accompany
his son on a visit and tour of the California Polytechnic State
University ("Cal Poly SLO") in San Luis Obispo, California, between
October 19, 2012, and October 21, 2012.  Mr. Tanabe, his son, Mr. Cody
Tanabe, shall depart from the Northern District of California on the
afternoon of October 19, 2012, from Alamo, California and will travel
by car to San Luis Obispo, California.  This trip will take
approximately five hours.  Mr. Tanabe and his son will be staying with
Mr. Tanabe's sister-in-law, Ms. Erika Baker, at 6150 Balm Ridge Way,

1  San Luis Obispo, California, 93401 (telephone #: (530) 318-4574), for

2  the entire duration of the trip. The college visit will involve a tour

3  of the Cal Poly SLO campus, located at 1 Grand Avenue, San Luis Obispo,

4  California, 93405, as well as attendance at a Cal Poly SLO football

5  game.  While on campus, Messrs. Tanabe will be hosted by Cal Poly SLO

6  Swimming Coach Tom Milich (telephone #: (805) 441-7217). On the

7  afternoon of October 21, 2012, Messrs. Tanabe will depart from San Luis

8  Obispo, California, and travel back to Alamo, California.

9  The October 19, 2012, through October 21, 2012 travel plans have

10  been agreed to by Mr. Tanabe's supervising pretrial services officer,

11  Gelarah Farahmand.  Mr. Tanabe will remain available to Ms. Faramand

12  through his mobile phone ((925) 565-1588) throughout his trip outside

13  the Northern District of California.  All other pretrial release

14  conditions shall remain in effect prior to and after the period of this

15  trip.

16

17  Dated: October 10, 2012          Respectfully submitted,

18                                    LAW OFFICES OF TIM A. PORI

19

20                                    /s/ Tim A. Pori
                                      TIM A. PORI
21                                    Attorney for Defendant
                                      STEPHEN TANABE
22
    Dated: October 10, 2012          HARTLEY WEST
23                                    United States Attorney

24                                    /s/ Hartley M.K. West
                                      HARTLEY M.K. WEST
25                                    Assistant U.S. Attorney

26  ///

27  ///

28  ///

1

**O R D E R**

2      Based on the parties' stipulation, the pretrial service officer's

3  agreement and good cause appearing therefrom, the Court hereby adopts

4  the stipulation of the parties in its entirety.

5  **IT IS SO ORDERED.**

6  Dated: October <u>18</u>, 2012

                                                     _Saundra B Armstrong_
7                                                    Honorable Saundra B. Armstrong
                                                     United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation & Order/Stephen Tanabe          **3**