**Tim A. Pori (SBN 189270**)
**John F. Baumgardner (SBN 275674)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, California 94590
Telephone (707)644-4004
Facsimile (707) 644-7528


Attorney for Defendant
STEPHEN TANABE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHEN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR11-00941 SBA |
| Plaintiff, | ) | |
| v. | ) | **AMENDED STIPULATION AND ORDER RE PROPOSED TRAVEL** |
| STEPHEN TANABE | ) | |
| Defendant. | ) | JUDGE: Hon. Saundra B. Armstrong |

The United States of America, through Assistant U.S. Attorney Hartley M. K. West, and defendant STEPHEN TANABE, through his counsel Tim A. Pori, hereby stipulate that Mr. Tanabe be permitted to accompany his son on a visit and tour of the California Polytechnic State University ("Cal Poly SLO") in San Luis Obispo, California, between October 19, 2012, and October 21, 2012.  Mr. Tanabe, his son, Mr. Cody Tanabe, shall depart from the Northern District of California on the afternoon of October 19, 2012, from Alamo, California and will travel by car to San Luis Obispo, California.  This trip will take approximately five hours.  Mr. Tanabe and his son will be staying with Mr. Tanabe's sister-in-law, Ms. Erika Baker, at 6150 Balm Ridge Way,

1  San Luis Obispo, California, 93401 (telephone #: (530) 318-4574), for
2  the entire duration of the trip. The college visit will involve a tour
3  of the Cal Poly SLO campus, located at 1 Grand Avenue, San Luis Obispo,
4  California, 93405, as well as attendance at a Cal Poly SLO football
5  game.  While on campus, Messrs. Tanabe will be hosted by Cal Poly SLO
6  Swimming Coach Tom Milich (telephone #: (805) 441-7217). On the
7  afternoon of October 21, 2012, Messrs. Tanabe will depart from San Luis
8  Obispo, California, and travel back to Alamo, California.
9     The October 19, 2012, through October 21, 2012 travel plans have
10 been agreed to by Mr. Tanabe's supervising pretrial services officer,
11 Gelarah Farahmand.  Mr. Tanabe will remain available to Ms. Faramand
12 through his mobile phone ((925) 565-1588) throughout his trip outside
13 the Northern District of California.  All other pretrial release
14 conditions shall remain in effect prior to and after the period of this
15 trip.

17 Dated: October 10, 2012              Respectfully submitted,
18                                      LAW OFFICES OF TIM A. PORI

20                                      /s/ Tim A. Pori
                                        TIM A. PORI
21                                      Attorney for Defendant
                                        STEPHEN TANABE
22
23 Dated: October 10, 2012              HARTLEY WEST
                                        United States Attorney
24                                      /s/ Hartley M.K. West
                                        HARTLEY M.K. WEST
25                                      Assistant U.S. Attorney
26 ///
27 ///
28 ///

Stipulation & Order/Stephen Tanabe        **2**

**O R D E R**

Based on the parties' stipulation, the pretrial service officer's agreement and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety.

**IT IS SO ORDERED.**

Dated: October 18, 2012

_____
Honorable Saundra B. Armstrong
United States District Judge

Stipulation & Order/Stephen Tanabe          3