1 | **Tim A. Pori (SBN 189270)**
**John F. Baumgardner (SBN 275674)**
2 | LAW OFFICES OF TIM A. PORI
877 Bryant Street, Suite 210
3 | San Francisco, CA 94103
Telephone: (415) 495-4800
4 | Facsimile: (415) 552-2163

5 Attorney for Defendant STEPHEN TANABE

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 OAKLAND DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, ) | No. CR 11-0941 SBA |
| ) | |
| Plaintiff, ) | STIPULATION TO SCHEDULE |
| ) | STATUS CONFERENCE AND TO |
| v. ) | EXCLUDE TIME;     ) |
| ) | ORDER |
| STEPHEN TANABE ) | |
| ) | OAKLAND VENUE |
| Defendant. ) | |

Defendant Stephen Tanabe, represented by Tim A. Pori, and the government, represented by Assistant United States Attorney Hartley M. K. West, having met and conferred, hereby stipulate and request to schedule a Status Conference on the duty magistrate's calendar on Monday, December 17, 2012, to 9:30 a.m. per Court order (Dkt. 49) issued on November 19, 2012, by Honorable Saundra B. Armstrong.

The Court scheduled a hearing on defendant's Motion to Dismiss the Superceding Indictment for November 20, 2012. On November 19, 2012, the Court issued an order denying defendant Tanabe's Motion to Dismiss and vacating the November 20, 2012 hearing. The earliest date for status conference agreeable to all parties is Monday, December 17, 2012. Defense counsel cannot be present at an earlier status conference due to being in a special circumstances homicide jury trial in Contra Costa County.

The parties further stipulate and request that the time between November 19, 2012 and

STIP. TO SCHEDULE STATUS CONFERENCE
& TO EXCLUDE TIME; [PROPOSED] ORDER

1  December 17, 2012, be excluded under the Speedy Trial Act due to the pending status

2  conference and for continuity of defense counsel, pursuant to 18 U.S.C. § 3161(h)(1)(D) and

3  (h)(7)(B)(iv).  The parties agree that such an exclusion of time serves the ends of justice, and that

4  these ends outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C.

5  § 3161(h)(7)(A).

6  SO STIPULATED.

8  Dated: December 6, 2012          /s/ Tim A. Pori
                                    TIM A. PORI
9                                   Attorney for Defendant TANABE

10 Dated: December 6, 2012          /s/ Hartley M.K. West
11                                  HARTLEY M. K. WEST
                                    Assistant United States Attorney

ORDER

IT IS HEREBY ORDERED that a status conference in the above matter be scheduled for Monday, December 17, 2012 at 9:30 a.m. before the Honorable Kandis A. Westmore.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between November 19, 2012, and December 17, 2012, would unreasonably deny the defendant continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between November 19, 2012, and December 17, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Additionally, the Court notes that time continues to be excluded due to the pending Status Conference. 18 U.S.C. § 3161(h)(1)(D).

IT IS THEREFORE ORDERED that the time between November 19, 2012, and December 17, 2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(D) and (h)(7)(B)(iv).

DATED: _12/10/12    _____
HON. SAUNDRA B ARMSTRONG
United States District Judge