## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT
☒ SUPERSEDING

### OFFENSE CHARGED

18 U.S.C. § 1349 -- Honest Services Fraud Conspiracy
18 U.S.C. §§ 1343 and 1346 -- Honest Services Fraud
18 U.S.C. § 1951 -- Extortion Under Color of Official Right
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) -- Forfeiture

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   Per count: 20 years imprisonment; $250,000 fine; 5 years supervised release; $100 special assessment; forfeiture

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

*FILED*
JUN 12 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### DEFENDANT - U.S

► STEPHEN TANABE

DISTRICT COURT NUMBER
CR 11-0941 CRB

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    ☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
CR 11-0941

Name and Office of Person Furnishing Information on this form   Melinda Haag
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Hartley M. K. West

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ►
Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►
Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:              Before Judge:

Comments:

MELINDA HAAG (CABN 132612)
United States Attorney

**FILED**

JUN 1 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>STEPHEN TANABE,<br><br>          Defendant. | No. CR 11-0941 CRB<br><br>VIOLATIONS: 18 U.S.C. § 1349 – Honest Services Fraud Conspiracy; 18 U.S.C. §§ 1343 and 1346 – Honest Services Fraud; 18 U.S.C. § 1951 – Extortion Under Color of Official Right; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture<br><br>SAN FRANCISCO VENUE |

## S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges:

1.     At all times relevant to this Superseding Information, the defendant, STEPHEN TANABE, was a Deputy with the Contra Costa County Sheriff's Office, assigned to work patrol in Danville, California.  TANABE resided in Alamo, California.

### THE SCHEME

2.     Beginning on a date unknown but no later than November 2, 2010, and continuing through at least on or about January 14, 2011, both dates being approximate and inclusive, in the Northern District of California and elsewhere, TANABE and others engaged in an illegal scheme and conspiracy to defraud others by depriving them of their rights to his honest services as a

SUPERSEDING INFORMATION
CR 11-0941 CRB

1 | Deputy Sheriff.

2     3.     Beginning on a date no later than November 2, 2010, a private investigator, C.B.,
3 | agreed to conduct "stings" of husbands and ex-husbands (hereafter "targets") for female clients
4 | involved in divorce, child custody, and other family law disputes. In cases in which the clients
5 | advised C.B. that the targets had a tendency to drink and drive, C.B. would arrange for an
6 | undercover employee to meet the target at a bar, direct the employee to entice the target to drink
7 | alcohol until he was intoxicated, and have a police officer waiting outside the bar to stop and
8 | arrest the target for driving under the influence of alcohol (DUI).

9     4.     As part of this scheme, TANABE agreed to and did participate in three DUI
10 | stings. In two stings, TANABE waited outside the bar for the targets, H.A. and M.K., to exit and
11 | then stopped the targets shortly after they drove off. In the third sting, TANABE arranged for
12 | another Deputy Sheriff to wait outside the bar, while TANABE remained inside the bar with
13 | C.B., monitoring the alcohol intake of target, D.B. In all cases, the targets were stopped and
14 | arrested for DUI. In his incident reports for the arrests he made, TANABE falsely stated that he
15 | was on "routine patrol" at the time of the targets' arrests.

16     5.     In exchange for TANABE making DUI arrests and arranging for another officer to
17 | make an arrest, C.B. compensated TANABE with cocaine and a firearm.

18     6.     As part of the scheme, TANABE and C.B. exchanged text messages regarding
19 | coordination of the arrests and TANABE's compensation for his role in the arrests. The texts to
20 | and from C.B. passed through the servers of C.B.'s cell service provider, Sprint, located in
21 | Kansas City, Missouri.

22 |

23 | COUNT ONE: (18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud and Deprivation of
    Honest Services)
24 |

25     7.     Paragraphs 1 through 6 of this Superseding Information are hereby re-alleged and
26 | incorporated by reference as if set forth in full herein.

27     8.     Beginning on a date unknown but no later than on or about November 2, 2010,
28 | and continuing through at least on or about January 14, 2011, in the Northern District of

SUPERSEDING INFORMATION
CR 11-0941 CRB         2

1  California, the defendant,

2  STEPHEN TANABE,

3  and others known and unknown, did knowingly and intentionally conspire to devise a material

4  scheme and artifice to defraud, specifically to deprive another of his right to honest services, and

5  for the purpose of executing such scheme and artifice, did transmit and to cause to be

6  transmitted, by means of wire communication in interstate commerce, writings, signs, signals,

7  pictures and sounds, in violation of Title 18, United States Code, Sections 1343 and 1346.

8      All in violation of Title 18, United States Code, Section 1349.

9

10  COUNTS TWO THROUGH FOUR: (18 U.S.C. §§ 1343 and 1346 – Wire Fraud and
    Deprivation of Honest Services)

11

12      9.      Paragraphs 1 through 6 of this Superseding Information are hereby re-alleged and

13  incorporated by reference as if set forth in full herein.

14      10.     Between on or about November 2, 2010, and on or about January 14, 2011, in the

15  Northern District of California, the defendant,

16  STEPHEN TANABE,

17  and others known and unknown, did knowingly and intentionally devise a material

18  scheme and artifice to defraud, specifically to deprive another of his right to honest services, and

19  for the purpose of executing such scheme and artifice, did transmit and cause to be transmitted,

20  by means of wire communication in interstate commerce, writings, signs, signals, pictures and

21  sounds, namely the following:

| Count | Approx. Date | From | Description of Wire |
|-------|--------------|------|---------------------|
| 2 | 11/3/10 | California | Text message from TANABE to C.B., stating "I thought I worked it off last night" |
| 3 | 1/9/11 | California | Text message from C.B. to TANABE, stating "They are up + heading for the door" |
| 4 | 1/14/11 | California | Text message from C.B. to TANABE, stating "He's wasted" |

SUPERSEDING INFORMATION
CR 11-0941 CRB                3

1    Each in violation of Title 18, United States Code, Sections 1343 and 1346.

2

3    COUNT FIVE: (18 U.S.C. § 1951 – Extortion Under Color of Official Right)

4         11.    Paragraphs 1 through 6 of this Superseding Information are hereby re-alleged and

5    incorporated by reference as if set forth in full herein.

6         12.    Between on or about November 2, 2010, and on or about November 5, 2010, in

7    the Northern District of California, the defendant,

8                                STEPHEN TANABE,

9    did knowingly and intentionally obstruct, delay, and affect commerce by extortion, that is, by

10   obtaining property not due to him from C.B., with C.B.'s consent, in exchange for causing a DUI

11   stop and arrest of D.B., under color of official right, in violation of Title 18, United States Code,

12   Section 1951.

13

14   COUNT SIX: (18 U.S.C. § 1951 – Extortion Under Color of Official Right)

15        13.    Paragraphs 1 through 6 of this Superseding Information are hereby re-alleged and

16   incorporated by reference as if set forth in full herein.

17        14.    On or about January 9, 2011, in the Northern District of California, the defendant,

18                               STEPHEN TANABE,

19   did knowingly and intentionally obstruct, delay, and affect commerce by extortion, that is, by

20   obtaining property not due to him from C.B., with C.B.'s consent, in exchange for making a DUI

21   stop and arrest of H.A., under color of official right, in violation of Title 18, United States Code,

22   Section 1951.

23

24   COUNT SEVEN: (18 U.S.C. § 1951 – Extortion Under Color of Official Right)

25        15.    Paragraphs 1 through 6 of this Superseding Information are hereby re-alleged and

26   incorporated by reference as if set forth in full herein.

27   / / /

28   / / /

SUPERSEDING INFORMATION
CR 11-0941 CRB                                    4

1      16.    On or about January 14, 2011, in the Northern District of California, the

2  defendant,

3                               STEPHEN TANABE,

4  did knowingly and intentionally obstruct, delay, and affect commerce by extortion, that is, by

5  obtaining property not due to him from C.B., with C.B.'s consent, in exchange for making a DUI

6  stop and arrest of M.K., under color of official right, in violation of Title 18, United States Code,

7  Section 1951.

8

9  FORFEITURE ALLEGATION: (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461)

10      17.    The allegations contained in this Superseding Information are realleged and by

11  this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the

12  provisions of 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c).

13      18.    Upon a conviction for Counts Five through Seven, alleged above, the defendant,

14                               STEPHEN TANABE,

15  shall forfeit to the United States any property, real or personal, which constitutes or is derived

16  from proceeds traceable to said offense, including but not limited to a sum of money equal to the

17  total proceeds from the commission of said offense;

18      19.    If, as a result of any act or omission of the defendants, any of said property

19            a.    cannot be located upon the exercise of due diligence;

20            b.    has been transferred or sold to or deposited with, a third person;

21            c.    has been placed beyond the jurisdiction of the Court;

22            d.    has been substantially diminished in value; or

23            e.    has been commingled with other property which cannot be divided without

24                 difficulty;

25  any and all interest defendants have in any other property up to the value of the proceeds

26  traceable to said offense, shall be forfeited to the United States pursuant to 21 U.S.C.

27  § 853(p), as incorporated by 28 U.S.C. § 2461.

28  ///

SUPERSEDING INFORMATION
CR 11-0941 CRB                       5

1    All in violation of Title 18, United States Code, Section 981(a)(1)(c); Title 28, United

2    States Code, Section 2461; and Rule 32.2 of the Federal Rules of Criminal Procedure.

3

4

5    DATED: June _2_, 2013                    MELINDA HAAG
                                              United States Attorney
6

7

8                                             J. DOUGLAS WILSON
                                              Chief, Criminal Division
9

10   (Approved as to form: _____ )
                              AUSA WEST
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPERSEDING INFORMATION
CR 11-0941 CRB                        6