| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **THE HONORABLE CHARLES R. BREYER** |
| **NORTHERN DISTRICT OF CALIFORNIA** | Courtroom Clerk: Barbara Espinoza |

**CRIMINAL MINUTES**

**Date:** August 8, 2013     **Time:** 56 minutes

**Reporter:** Kathy Wyatt

**Case No:** CR-11-0941 CRB     **DEFT:** STEPHEN TANABE
                                                              (X)Present

AUSA: Hartley West, Phil Kearney     DEF ATTY: Tim Pori
USPO: _____
Interpreter: _____

**REASON FOR HEARING** Pretrial Conference, Motions in Limine

**RESULT** Rulings on motions in liming are stated on the record which the court may reconsider.

Defendant's waiver to a jury trial regarding forfeiture submitted to the court. Court grants additional

pleadings be filed. The presence of the defendant is waived at 8/16/2013 hearing.

Motions (if any) to be filed no later than _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** August 16, 2013 @ 2:30 p.m.   **for** PreTrial Conference, Motions

**[] Defendant remanded to custody**

**JUDGMENT** _____

Notes: Jury selection and openings 8/19, trial begins 8/20 and no trial on 8/21/2013