Mitchell Katz Winery  925-454-9464  p.2

UNITED STATES v. TANABE Stephen Tanabe
USAO # 2011R02698
Court Docket # 11-CR-00941

## VICTIM IMPACT STATEMENT/VIOLENT CRIME

NAME: Mitchell Katz

*Please continue statements on an additional sheet of paper if you wish.*

How have you and members of your family been affected by this crime?

Yes myself and my 2 boys have been deeply affected.

Have you or members of your family received counseling or therapy as a result of this crime? Please explain. Do you wish future counseling to assist you and/or your family in recovering from the crime?

yes all three

Have you filed a civil suit against the defendant? If yes, please list the case name, court location, and docket number.

yes

Do you relate to people differently since the crime? Please explain.

Yes I have major trust issues, I always wonder what people motives are, if they are telling the truth, do are they think I'm an alcoholic, I'm thoroughly embarrassed for being made a fool of.

**VICTIM IMPACT STATEMENT/VIOLENT CRIME**   PAGE 2

Have your feelings about yourself and society changed since the crime? Please explain.

Yes, all people are out to take advantage of me, I dislike all cops, they are all dirty.

How has the crime affected you and your family's lifestyle?

I lost my job and been out of work for a year, can't focus at work, I'm a worthless at work, my winery sales are down 70% & lost our house on unemployment spent all my savings

Has the crime affected your family's livelihood? If so, how?

Yes, all the above

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT.

X Anger  X Anxiety  X Fear  __ Grief  __ Guilt  X Sleep Loss  X Nightmares

X Appetite Change  __ Unsafe  X Trouble Concentrating  __ Easily startled

X Forgetfulness  X Depression  X Chronic Fatigue  X Repeated Memory of Crime

X Fear the Defendant Will Return  X Uncontrolled Crying

Please describe any other reactions to the crime committed.

Do you feel the defendant is or will be a threat to you, your family or the community?

X Yes  __ No  If so, please explain.

He is a cop, either him or his cop friends will get me back.

Mitchell Katz Winery　　　　　　　　　　　　　　　925-454-9464　　　　p.4

# VICTIM IMPACT STATEMENT/VIOLENT CRIME　　　　PAGE 3

What else would you like the Judge to know about the defendant, the victim or your family?

_that we are good people, not perfect but good, nice people, & we deserve better_

FINANCIAL STATEMENT:

A. Damages
　　1. List money or property lost, destroyed or damaged and its value.
　　(Wherever possible, attach receipts, repair bills, etc.)

　　_____ ..... $ _____
　　_____ ..... $ _____

　　2. List medical expenses (again, attach any supporting receipts) and /or out of pocket costs for funeral expenses.

　　_____ ..... $ _____
　　_____ ..... $ _____

　　3. List lost income or wages for which you have not been compensated. (Attach verification) ..... $ _____

　　4. List miscellaneous expenses (type and amount). Include such items as necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. (Attach verification)

　　_____ .... $ _____
　　_____ .... $ _____
　　_____ .... $ _____

　　5. List expenses for counseling or therapy. $ _____ Are you currently in therapy? _____

　　Have you applied for State Victim Compensation or other Programs to assist in paying for costs such as counseling or medical bills, that may also be eligible to be repaid through restitution? Yes ____ No ____

　　Program name and address: _____

TOTAL LOSS ..... $ _____

**VICTIM IMPACT STATEMENT/VIOLENT CRIME**                    PAGE 4

B. Reimbursement received (please attach receipts)

    1. Property insurance.....$ _____

    2. Medical insurance.....$ _____

    3. State Victim Compensation.....$ _____

    4. Other (list source and amount)  (a) _____ .....$ _____

    (b) _____ .....$ _____   (c) _____ ....$ _____

TOTAL REIMBURSEMENT .....$ _____

*************************************************************

I declare under penalty of law that the above information is true and correct.

Print Name  *Mitch Katz*

Signature:  *[signature]*

Date:  *2-16-14*